COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:      In the Matter of J. S.

Appellate case number:   01-10-00646-CV

Trial court case number:  1000824J

Trial court:                     313th District Court of Harris County

This is an appeal from a proceeding under the Texas Juvenile Justice Act, in which the juvenile, J.S., was adjudicated delinquent. Appellant, J.S.'s mother, filed a pro se notice of appeal under her own signature. On September 20, 2011, this Court issued an order abating this appeal and directing the trial court to conduct a hearing and make appropriate findings on whether J.S. retained his right to appeal and wished to prosecute the appeal. A reporter's record of the hearing was ordered to be filed within 20 days of our order. A clerk's record of all documents filed in the trial court, including the findings and recommendations requested in our September 20, 2011 order, was ordered to be filed within 30 days of our order. Although a clerk's record was filed on October 18, 2011, it did not include the findings and recommendations requested in our order. The reporter's record has not been filed.

Accordingly, the appeal remains abated, treated as a closed case, and removed from this Court's active docket. We **order** the trial court to conduct a hearing within 15 days of this order to determine (1) whether J.S. retained his right to appeal and (2) whether <u>both</u> appellant and J.S. wish to prosecute this appeal. If the trial court finds that J.S. did not waive his right to appeal and that <u>both</u> appellant and J.S. wish to pursue this appeal, the trial court is **ordered** to appoint appellate counsel for J.S.

The trial court shall have a court reporter record the hearing. The court reporter is **ordered**, at no cost to appellants, to file a reporter's record of the hearing within 30 days of this order. We further **order** the district clerk, at no cost to appellants, to file, within 30 days of this order, a supplemental clerk's record containing all documents filed in the trial court, including the findings and recommendations ordered herein.

This appeal will be reinstated on this Court's active docket when the reporter's record and the supplemental clerk's record containing the trial court's findings and recommendations ordered herein are filed in this Court. The Court will consider an appropriate motion to reinstate the appeal filed by any party.

It is so ORDERED.


Judge's signature: /s/ Jane Bland
      ☒ Acting individually  ☐ Acting for the Court


Date: April 8, 2014